# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2009

139224

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SULLIVAN HOWARD GREEN, JR.,
     Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139224
COA: 291052
Oakland CC: 2006-206416-FH

On order of the Court, the application for leave to appeal the May 14, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2009

_____
Clerk

1014